**Exhibit 28 – Infringement of U.S. Patent No. 9,345,948 by Strava**

| Claim 1 | Strava |
| --- | --- |
| A permissions-based coaching dashboard for providing a coach with live training data of an athlete as the athlete is performing a training workout, said dashboard comprising: | To the extent the preamble is deemed limiting, Strava provides a permissions-based coaching dashboard for providing a coach with live training data of an athlete as the athlete is performing a training workout.<br><br>For example, "You can use Strava Beacon when recording with the Strava mobile app to share your real-time location with your family and friends." ("Strava Beacon \| Strava Help Center," *available at* https://support.strava.com/en-us/articles/15401829-strava-beacon (last accessed August 2026 and incorporated by reference).)<br><br>When the Strava Beacon is enabled, the user's "safety contacts" (*i.e.*, those granted access permission) will be able to view the user's location in real time. |

| Claim 1 | Strava |
|---|---|
| |  <br><br>(*Id.*)<br><br>Strava provides a dashboard through which live training data of the user as the user is performing a training workout is displayed. |

| Claim 1 | Strava |
| --- | --- |
| | <br><br><br>(*See* "Strava made its Beacon a free feature, but there is a catch - Canadian Cycling Magazine," *available at* https://cyclingmagazine.ca/sections/news/strava-made-its-beacon-a-free-feature-but-there-is-a-catch/ (last accessed August 2026 and incorporated by reference).) |

| Claim 1 | Strava |
| --- | --- |
| a training log server configured to maintain a plurality of athlete profiles, | Strava provides a training log server configured to maintain a plurality of athlete profiles.<br><br>For example, Strava provides a "profile page . . . to see a summary of your activities." ("Your Strava Profile Page \| Strava Help Center," *available at* https://support.strava.com/en-us/articles/15402175-your-strava-profile-page (last accessed August 2026 and incorporated by reference).)<br><br>On information and belief, the profile page displays data (*e.g.*, "Training Log" data) from a training log server.<br><br><br><br>("Spotlight on The Training Log \| Community," *available at* https://communityhub.strava.com/insider-journal-9/spotlight-on-the-training-log-1497 (last accessed August 2026 and incorporated by reference).) |

| Claim 1 | Strava |
|---|---|
| each athlete profile including a training record having a plurality of fields that each correspond to a component of the training workout, | Each Strava profile includes a training record having a plurality of fields that each correspond to a component of the training workout.<br><br>For example, as shown in the screenshot below, the Strava training record includes components of a saved workout with pre-defined fields for distance, pace and time. |

<table>
<tr><th>Claim 1</th><th>Strava</th></tr>
<tr><td></td><td>



("Viewing Activities | Strava Help Center," *available at* https://support.strava.com/en-us/articles/15401981-viewing-activities (last accessed August 2026 and incorporated by reference).)
</td></tr>
</table>

| Claim 1 | Strava |
| --- | --- |
| said training log server being synced to a device worn by the athlete so that data from the device worn by the athlete is entered into said training record as the athlete is training; and | Strava's training log server is synced to a device worn by the athlete so that data from the device worn by the athlete is entered into said training record as the athlete is training.<br><br>As shown in the screenshot below, Strava allows users to record GPS-based activities using a variety of devices designed to be worn by the athlete (*e.g.*, "GPS watches") during a workout. |

<table>
<tr><th>Claim 1</th><th>Strava</th></tr>
<tr><td></td><td>
<h2>How to get your Activities to Strava</h2>
Explore every way to get your activities onto Strava, from instant app uploads to GPS device syncing and manual file uploads for older workouts.
Updated over a week ago
Strava works with many unique devices and applications and turns every iPhone and Android into a sophisticated running and cycling computer (and we work with your GPS watches and head units, too). Start Strava before an activity, and you can track your favorite performance stats and, afterward, dive deep into your data. You can upload your activities to Strava using any of the following methods.
<h3>Record GPS-based activities with the Strava app for iOS or Android</h3>
Athletes can download Strava on their iPhone or Android to record and sync their activities. If you're having trouble uploading an activity recorded with the Strava app, you can learn more about how to troubleshoot uploads for both here.
<h3>Sync from Strava-Supported Smart Watches and Wearables</h3>
<table>
<tr><th>iPhone:</th><th>Android:</th></tr>
<tr><td>Apple Watch</td><td>Android Wear<br>Motorola 360<br>Samsung Gear</td></tr>
</table>
("How to get your Activities to Strava | Strava Help Center," available at https://support.strava.com/en-us/articles/15402066-how-to-get-your-activities-to-strava (last accessed August 2026 and incorporated by reference).)
Data from these devices is synced to the Strava server. (Id.)
</td></tr>
</table>

<table>
<tr><th>Claim 1</th><th>Strava</th></tr>
<tr><td>a processor configured to generate a graphic user interface for use in associating a workout created by the coach with at least one of the athlete profiles,</td><td>
Strava provides a processor configured to generate a graphic user interface for use in associating a workout created by the coach with at least one of the athlete profiles.
For example, Strava's "Strava + Runna" service provides "personalized running plans by elite coaches."


("Strava + Runna Subscription," available at https://www.strava.com/strava-runna (last accessed August 2026 and incorporated by reference).)
</td></tr>
</table>

| Claim 1 | Strava |
|---|---|
| | The service also provides a graphic user interface that associates those running plans with user profiles.   ("Personalized Strava training plans for runners \| Runna," *available at* https://www.runna.com/integrations/strava (last accessed August 2026 and incorporated by reference).) |

| Claim 1 | Strava |
|---|---|
| said processor being configured to determine whether the coach is authorized by the athlete to associate the workout with the athlete profile by querying said training log server for the presence of a grant by the athlete for the coach to access the athlete profile and associate the workout with the athlete profile, | Strava's processor is configured to determine whether the coach is authorized by the athlete to associate the workout with the athlete profile by querying said training log server for the presence of a grant by the athlete for the coach to access the athlete profile and associate the workout with the athlete profile.<br><br>For example, the user must grant permission to enable the Strava + Runna subscription service.<br><br>**How to Connect Strava to Runna**<br><br>1. Open the **Runna** app on your phone.<br>2. Tap your **Profile** icon (top-left corner).<br>3. Select **Connected Apps & Devices**.<br>4. Choose **Strava**.<br>5. Tap **Connect to Strava** (or toggle the switch on).<br>6. Log in to **Strava** when prompted and grant permission.<br>7. Confirm the connection.<br><br>Once connected, your completed runs will automatically upload to Strava.<br><br>("How to Connect Strava to Runna \| Runna Support \| #1 running coaching app & plans," *available at* https://support.runna.com/en/articles/12571997-how-to-connect-strava-to-runna (last accessed August 2026 and incorporated by reference).) |

| Claim 1 | Strava |
|---|---|
| said processor being configured to provide the coach with access to the training record as the data is being entered into the training record. | Strava's processor is configured to provide the coach with access to the training record as the data is being entered into the training record.<br><br>As discussed above, Strava Beacon allows access (including by a coach) to a user's training record as the data is being entered into the training record. |