**Exhibit 29 – Infringement of U.S. Patent No. 9,889,340 by Strava**

| Claim 1 | Strava |
|---|---|
| A method for providing a coach with live training data of an athlete as the athlete is performing a training workout, the method comprising: | To the extent the preamble is limiting, Strava performs a method for providing a coach with live training data of an athlete as the athlete is performing a training workout.<br><br>For example, "You can use Strava Beacon when recording with the Strava mobile app to share your real-time location with your family and friends." ("Strava Beacon \| Strava Help Center," *available at* https://support.strava.com/en-us/articles/15401829-strava-beacon (last accessed August 2026 and incorporated by reference).)<br><br>When the Strava Beacon is enabled, the user's "safety contacts" (*e.g.*, a coach) will be able to view the user's location in real time. |

<table>
<tr><th>Claim 1</th><th>Strava</th></tr>
<tr><td></td><td>



(*Id.*)

Strava provides a dashboard through which live training data of the user as the user is performing a training workout is displayed.
</td></tr>
</table>

| Claim 1 | Strava |
| --- | --- |
| | <br>(*See* "Strava made its Beacon a free feature, but there is a catch - Canadian Cycling Magazine," *available at* https://cyclingmagazine.ca/sections/news/strava-made-its-beacon-a-free-feature-but-there-is-a-catch/ (last accessed August 2026 and incorporated by reference).) |

| Claim 1 | Strava |
|---|---|
| creating an athlete profile on a training log server of a computer web-based platform, | Strava creates an athlete profile on a training log server of a computer web-based platform.<br><br>For example, Strava provides a "profile page . . . to see a summary of your activities." ("Your Strava Profile Page \| Strava Help Center," *available at* [https://support.strava.com/en-us/articles/15402175-your-strava-profile-page](https://support.strava.com/en-us/articles/15402175-your-strava-profile-page) (last accessed August 2026 and incorporated by reference).)<br><br>On information and belief, the profile page displays data (*e.g.*, "Training Log" data) from a training log server.<br><br>("Spotlight on The Training Log \| Community," *available at* [https://communityhub.strava.com/insider-journal-9/spotlight-on-the-training-log-1497](https://communityhub.strava.com/insider-journal-9/spotlight-on-the-training-log-1497) (last accessed August 2026 and incorporated by reference).)<br><br>Strava offers a web-based app. |

| Claim 1 | Strava |
| --- | --- |
| the training log server being configured to maintain a plurality of athlete profiles, | Strava's training log server is configured to maintain a plurality of athlete profiles. Each Strava user is able to configure a separate profile page. |
| the athlete profile including a training record having a plurality predefined fields,<br><br>at least one of the fields corresponding to a distance aspect of an athlete's workout,<br><br>at least another of the fields corresponding to a time aspect of the athlete's workout; | Each Strava profile includes a training record having a plurality of predefined fields, at least one of the fields corresponding to a distance aspect of an athlete's workout, at least another of the fields corresponding to a time aspect of the athlete's workout.<br><br>For example, as shown in the screenshot below, the Strava training record includes components of a saved workout with pre-defined fields for distance and time associated with that workout. |

| Claim 1 | Strava |
|---|---|
| |  <br>("Viewing Activities \| Strava Help Center," *available at* https://support.strava.com/en-us/articles/15401981-viewing-activities (last accessed August 2026 and incorporated by reference).) |

<table>
<tr><th>Claim 1</th><th>Strava</th></tr>
<tr><td>receiving from the athlete a selection of a coach who is to be granted access to the athlete's profile;</td><td>
Strava receives from a user a selection of a coach who is to be granted access to the athlete's profile.

For example, as discussed above, a Strava user can grant profile access to a "safety contact," which can include a coach.

Further, Strava's "Strava + Runna" service provides "personalized running plans by elite coaches."




("Strava + Runna Subscription," *available at* https://www.strava.com/strava-runna (last accessed August 2026 and incorporated by reference).)
</td></tr>
</table>

<table>
<tr><th>Claim 1</th><th>Strava</th></tr>
<tr><td></td><td>
The service also provides a graphic user interface that associates those running plans with user profiles.




("Personalized Strava training plans for runners | Runna," *available at* https://www.runna.com/integrations/strava (last accessed August 2026 and incorporated by reference).)

The user must grant permission to enable the Strava + Runna subscription service.
</td></tr>
</table>

| Claim 1 | Strava |
|---|---|
| | **How to Connect Strava to Runna**<br><br>1. Open the **Runna** app on your phone.<br>2. Tap your **Profile** icon (top-left corner).<br>3. Select **Connected Apps & Devices**.<br>4. Choose **Strava**.<br>5. Tap **Connect to Strava** (or toggle the switch on).<br>6. Log in to **Strava** when prompted and grant permission.<br>7. Confirm the connection.<br><br>Once connected, your completed runs will automatically upload to Strava.<br><br>("How to Connect Strava to Runna \| Runna Support \| #1 running coaching app & plans," *available at* https://support.runna.com/en/articles/12571997-how-to-connect-strava-to-runna (last accessed August 2026 and incorporated by reference).) |
| updating, at the platform, a training record in the athlete profile with workout data from a mobile tracking device carried with the athlete as the athlete is performing the workout, the workout | Strava updates, at the platform, a training record in the athlete profile with workout data from a mobile tracking device carried with the athlete as the athlete is performing the workout, the workout data including a distance aspect and a time aspect.<br><br>As shown in the screenshot below, Strava allows users to record GPS-based activities using a variety of devices during a workout, including devices designed to be carried with the athlete as the athlete is performing a workout (*e.g.*, "GPS watches"). |

| Claim 1 | Strava |
|---|---|
| data including a distance aspect and a time aspect; and | **How to get your Activities to Strava**<br>Explore every way to get your activities onto Strava, from instant app uploads to GPS device syncing and manual file uploads for older workouts.<br>Updated over a week ago<br>Strava works with many unique devices and applications and turns every iPhone and Android into a sophisticated running and cycling computer (and we work with your GPS watches and head units, too). Start Strava before an activity, and you can track your favorite performance stats and, afterward, dive deep into your data. You can upload your activities to Strava using any of the following methods.<br>**Record GPS-based activities with the Strava app for iOS or Android**<br>Athletes can download Strava on their iPhone or Android to record and sync their activities. If you're having trouble uploading an activity recorded with the Strava app, you can learn more about how to troubleshoot uploads for both here.<br>**Sync from Strava-Supported Smart Watches and Wearables**<br>iPhone: Apple Watch<br>Android: Android Wear, Motorola 360, Samsung Gear<br><br>("How to get your Activities to Strava \| Strava Help Center," *available at* https://support.strava.com/en-us/articles/15402066-how-to-get-your-activities-to-strava (last accessed August 2026 and incorporated by reference).) |

| Claim 1 | Strava |
|---|---|
| | Data from these devices is updated at the Strava platform. (*Id.*)<br><br>Updated data includes time and distance. Strava collects distance and speed (and thus time) from GPS-enabled tracking devices.<br><br>**What is the difference between moving time and elapsed time?**<br><br>Elapsed time is the duration from the moment you hit start on your device or phone to the moment you finish the activity. It includes stoplights, coffee breaks, bathroom stops, and stopping for photos. Moving time, however, measures how long you were active. Strava will attempt to calculate this based on your activity's GPS locations, distance, and speed. We will forego our run calculation if you use your pause button and respect the moving time directly from the device instead.<br><br>("Moving Time, Speed, and Pace Calculations \| Strava Help Center," *available at* https://support.strava.com/en-us/articles/15401804-moving-time-speed-and-pace-calculations (last accessed August 2026 and incorporated by reference).) |
| permitting the selected coach to log onto the platform and view the training record of the athlete profile as the athlete is performing the training workout. | Strava permits the selected coach to log onto the platform and view the training record of the athlete profile as the athlete is performing the training workout.<br><br>As discussed above, Strava Beacon allows access (including by a coach) to a user's training record as the athlete is performing the training workout. |