**Exhibit 30 – Infringement of U.S. Patent No. 10,322,314 by Strava**

| Claim 1 | Strava |
|---|---|
| A method for providing a coach with live training data of an athlete as the athlete is performing a swimming workout, the method comprising: | To the extent the preamble is limiting, Strava performs a method for providing a coach with live training data of an athlete as the athlete is performing a swimming workout.<br><br>For example, "You can use Strava Beacon when recording with the Strava mobile app to share your real-time location with your family and friends." ("Strava Beacon \| Strava Help Center," *available at* https://support.strava.com/en-us/articles/15401829-strava-beacon (last accessed August 2026 and incorporated by reference).)<br><br>When the Strava Beacon is enabled, the user's "safety contacts" (*e.g.*., a coach) will be able to view the user's location in real time. |

<table>
<tr><th>Claim 1</th><th>Strava</th></tr>
<tr><td></td><td>



(*Id.*)

Strava provides a dashboard through which live training data of the user as the user is performing a workout is displayed.
</td></tr>
</table>

| Claim 1 | Strava |
|---|---|
| | <br><br><br>(*See* "Strava made its Beacon a free feature, but there is a catch - Canadian Cycling Magazine," *available at* https://cyclingmagazine.ca/sections/news/strava-made-its-beacon-a-free-feature-but-there-is-a-catch/ (last accessed August 2026 and incorporated by reference).)<br><br>This functionality is available for swimming workouts. |

| Claim 1 | Strava |
|---|---|
| | **Outdoor Swims**<br>• Outdoor swims are recorded with GPS data, so a map will be displayed on Strava.<br>  ○ A GPS-based moving time is used instead of a lap time.<br>  ○ The pace chart for outdoor swims is built with GPS points, although we apply a bit of smoothing.<br><br>("Swim Activities on Strava \| Strava Help Center," *available at* https://support.strava.com/en-us/articles/15401830-swim-activities-on-strava (last accessed August 2026 and incorporated by reference).) |
| creating an athlete profile on a training log server of a computer web-based platform, | Strava creates an athlete profile on a training log server of a computer web-based platform.<br><br>For example, Strava provides a "profile page . . . to see a summary of your activities." ("Your Strava Profile Page \| Strava Help Center," *available at* https://support.strava.com/en-us/articles/15402175-your-strava-profile-page (last accessed August 2026 and incorporated by reference).)<br><br>On information and belief, the profile page displays data (*e.g.*, "Training Log" data) from a training log server. |

| Claim 1 | Strava |
|---|---|
| | <br>("Spotlight on The Training Log \| Community," *available at* https://communityhub.strava.com/insider-journal-9/spotlight-on-the-training-log-1497 (last accessed August 2026 and incorporated by reference).)<br><br>Strava offers a web-based app. |
| the training log server being configured to maintain a plurality of athlete profiles, | Strava's training log server is configured to maintain a plurality of athlete profiles. Each Strava user is able to configure a separate profile page. |

| Claim 1 | Strava |
| --- | --- |
| the athlete profile including a training record having a plurality predefined fields,<br><br>at least one of the fields corresponding to a distance aspect of an athlete's workout,<br><br>at least another one of the fields corresponding to a time aspect of the athlete's workout, | Each Strava profile includes a training record having a plurality predefined fields, at least one of the fields corresponding to a distance aspect of an athlete's workout, at least another one of the fields corresponding to a time aspect of the athlete's workout.<br><br>For example, as shown in the screenshot below, the Strava training record includes components of a saved workout with pre-defined fields for distance and time associated with that workout. |

| Claim 1 | Strava |
|---|---|
| | <br>("Viewing Activities \| Strava Help Center," *available at* https://support.strava.com/en-us/articles/15401981-viewing-activities (last accessed August 2026 and incorporated by reference).) |

| Claim 1 | Strava |
|---|---|
| updating, at the platform, a training record in the athlete profile with workout data from a mobile tracking device worn by the athlete around the athlete's chest as the athlete is performing the swimming workout, the workout data including a distance aspect and a time aspect; and | Strava updates, at the platform, a training record in the athlete profile with workout data from a mobile tracking device worn by the athlete around the athlete's chest as the athlete is performing the swimming workout, the workout data including a distance aspect and a time aspect.<br><br>As shown in the screenshot below, Strava allows users to record GPS-based activities using a variety of devices during a workout.<br><br>**How to get your Activities to Strava**<br>Explore every way to get your activities onto Strava, from instant app uploads to GPS device syncing and manual file uploads for older workouts.<br>Updated over a week ago<br><br>Strava works with many unique devices and applications and turns every iPhone and Android into a sophisticated running and cycling computer (and we work with your GPS watches and head units, too). Start Strava before an activity, and you can track your favorite performance stats and, afterward, dive deep into your data. You can upload your activities to Strava using any of the following methods.<br><br>**Record GPS-based activities with the Strava app for iOS or Android**<br>Athletes can download Strava on their iPhone or Android to record and sync their activities. If you're having trouble uploading an activity recorded with the Strava app, you can learn more about how to troubleshoot uploads for both here.<br><br>**Sync from Strava-Supported Smart Watches and Wearables**<br>iPhone: Apple Watch<br>Android: Android Wear, Motorola 360, Samsung Gear<br><br>("How to get your Activities to Strava \| Strava Help Center," *available at* https://support.strava.com/en-us/articles/15402066-how-to-get-your-activities-to-strava (last accessed August 2026 and incorporated by reference).) |

| Claim 1 | Strava |
|---|---|
| | Strava specifically supports "swim devices."<br><br>**Recording your Swim Activities**<br><br>Many multi-sport or swim devices are compatible with Strava. While all these devices are compatible with Strava, some have an easier process for uploading to Strava than others. For a complete list of all our compatible devices, please refer to this article. Here are some of the most popular devices used by our athletes to record swim activities:<br><br>• Garmin Swim 2<br>• Garmin Forerunner 955 and 255 Series, 745, 945/945 LTE<br>• Garmin Fenix 7 Series<br>• Garmin Instinct Crossover and 2 Series<br>• TomTom Multi-Sport<br>• Polar Vantage 2 and PacerPro<br>• Suunto Peak 9, 5, 7<br><br>The Strava app for Apple Watch can record swimming activities but without GPS (distance and pace will not be reflected on the activity). Athletes can also record swimming activities on Wear OS 3.<br><br>("Swim Activities on Strava \| Strava Help Center," *available at* https://support.strava.com/en-us/articles/15401830-swim-activities-on-strava (last accessed August 2026 and incorporated by reference).) |

| Claim 1 | Strava |
|---|---|
| | "Strava is compatible with a number of GPS devices that record heart rate data, including Garmin, Fitbit, Apple Watch, Wahoo, Polar, Suunto, and TomTom." ("Heart Rate \| Strava Help Center," *available at* https://support.strava.com/en-us/articles/15401762-heart-rate (last accessed August 2026 and incorporated by reference).)<br><br>On information and belief, this includes, *e.g.*, the Garmin HRM 600, which is designed to be worn around the chest and can be used while swimming.<br><br><br><br>("Garmin HRM 600 \| Heart Rate Monitor," *available at* https://www.garmin.com/en-US/p/1473393/ (last accessed August 2026 and incorporated by reference).) |

| Claim 1 | Strava |
|---|---|
| | |

General

| | |
|---|---|
| MODULE DIMENSIONS (LXWXD) | 2.7" W x 1.2" H x 0.4" D (68.0 x 31.6 x 10.0 mm) |
| SIZE RANGE | XS-S: Strap length: 22"–28" (56–72 cm)<br>Fits chest size 23.5–33.5" (60–85 cm)<br><br>M-XL: Strap length: 28"–42" (72–106 cm)<br>Fits chest size 31.5–47"(80–119 cm) |
| WEIGHT | With M-XL Strap: 2.2 oz (61 g)<br>Module Only: 0.65 oz (18 g) |
| BUTTON | ✔ |
| STATUS LED | yes (tri-color) |
| WATER RATING | 5 ATM |
| BATTERY TYPE | Lithium ion |
| BATTERY LIFE | Up to 2 months (using 1 hour per day) |
| DETACHABLE MODULE | ✔ |
| CHARGING METHOD | Garmin proprietary plug charger |

(*Id.*)

The Garmin HRM 600 tracks time and distance data.

<table>
<tr><th>Claim 1</th><th>Strava</th></tr>
<tr><td></td><td>
Activity Tracking Features
<table>
<tr><td>STEP COUNTER</td><td>✔</td></tr>
<tr><td>CALORIES BURNED</td><td>✔</td></tr>
<tr><td>DISTANCE TRAVELED</td><td>✔</td></tr>
<tr><td>INTENSITY MINUTES</td><td>✔</td></tr>
<tr><td>TRUEUP™</td><td>✔</td></tr>
</table>
(Id.)
Data from these devices is updated at the Strava platform. ("How to get your Activities to Strava | Strava Help Center," available at https://support.strava.com/en-us/articles/15402066-how-to-get-your-activities-to-strava (last accessed August 2026 and incorporated by reference).)
Strava collects distance and speed (and thus time) from GPS-enabled tracking devices.
</td></tr>
</table>

| Claim 1 | Strava |
|---|---|
| | **What is the difference between moving time and elapsed time?**<br><br>Elapsed time is the duration from the moment you hit start on your device or phone to the moment you finish the activity. It includes stoplights, coffee breaks, bathroom stops, and stopping for photos. Moving time, however, measures how long you were active. Strava will attempt to calculate this based on your activity's GPS locations, distance, and speed. We will forego our run calculation if you use your pause button and respect the moving time directly from the device instead.<br><br>("Moving Time, Speed, and Pace Calculations \| Strava Help Center," *available at* https://support.strava.com/en-us/articles/15401804-moving-time-speed-and-pace-calculations (last accessed August 2026 and incorporated by reference).) |
| permitting the coach to log onto the platform and view the training record of the athlete as the athlete is performing the swimming workout. | Strava permits the coach to log onto the platform and view the training record of the athlete as the athlete is performing the swimming workout.<br><br>As discussed above, Strava Beacon allows access (including by a coach) to a user's training record as the athlete is performing a workout, which can include a swimming workout. |