**Exhibit 31 – Infringement of U.S. Patent No. 10,792,537 by Strava**

| Claim 21 | Strava |
|---|---|
| A training gateway comprising: | To the extent the preamble is limiting, Strava provides a training gateway.<br><br>For example, the Strava App includes a Training Log.<br><br>Strava subscribers can access the Training Log to view all of their training in one place. It's visualized to show their progress and highlight important stats. We'll update your Training Log every time you upload an activity.<br><br>("Training Log \| Strava Help Center," *available at* https://support.strava.com/en-us/articles/15402077-training-log (last accessed August 2026 and incorporated by reference).) |
| a training log server configured to maintain a plurality athlete profiles, | Strava provides a training log server configured to maintain a plurality of athlete profiles.<br><br>For example, Strava provides a "profile page . . . to see a summary of your activities." ("Your Strava Profile Page \| Strava Help Center," *available at* https://support.strava.com/en-us/articles/15402175-your-strava-profile-page (last accessed August 2026 and incorporated by reference).)<br><br>On information and belief, the profile page displays data (*e.g.*, "Training Log" data) from a training log server. |

| Claim 21 | Strava |
|---|---|
| | <br>("Spotlight on The Training Log \| Community," *available at* https://communityhub.strava.com/insider-journal-9/spotlight-on-the-training-log-1497 (last accessed August 2026 and incorporated by reference).) |
| each athlete profile including a training record having a plurality of fields that each correspond to an aspect of a | Each Strava profile includes a training record having a plurality of fields that each correspond to an aspect of a workout in which an athlete participated, one of the fields corresponding to a distance aspect of the workout, another of the fields corresponding to a time aspect of the workout.<br><br>For example, as shown in the screenshot below, the Strava training record includes components of a saved workout with pre-defined fields for distance and time. |

| Claim 21 | Strava |
|---|---|
| workout in which an athlete participated,<br><br>one of the fields corresponding to a distance aspect of the workout,<br><br>another of the fields corresponding to a time aspect of the workout, | <br><br>("Viewing Activities \| Strava Help Center," *available at* [https://support.strava.com/en-us/articles/15401981-viewing-activities](https://support.strava.com/en-us/articles/15401981-viewing-activities) (last accessed August 2026 and incorporated by reference).) |

<table>
<tr><th>Claim 21</th><th>Strava</th></tr>
<tr><td>the training log server being synced to a tracking device worn around a portion of the athlete so that data from the tracking device worn by the athlete is entered into the training record during the athlete's training workout;</td><td>
Strava's training log server is synced to a tracking device worn around a portion of the athlete so that data from the tracking device worn by the athlete is entered into the training record during the athlete's training workout.
As shown in the screenshot below, Strava allows users to record GPS-based activities using a variety of devices during a workout.
How to get your Activities to Strava
Explore every way to get your activities onto Strava, from instant app uploads to GPS device syncing and manual file uploads for older workouts.
Updated over a week ago
Strava works with many unique devices and applications and turns every iPhone and Android into a sophisticated running and cycling computer (and we work with your GPS watches and head units, too). Start Strava before an activity, and you can track your favorite performance stats and, afterward, dive deep into your data. You can upload your activities to Strava using any of the following methods.
Record GPS-based activities with the Strava app for iOS or Android
Athletes can download Strava on their iPhone or Android to record and sync their activities. If you're having trouble uploading an activity recorded with the Strava app, you can learn more about how to troubleshoot uploads for both here.
Sync from Strava-Supported Smart Watches and Wearables
<table>
<tr><th>iPhone:</th><th>Android:</th></tr>
<tr><td>Apple Watch</td><td>Android Wear<br>Motorola 360<br>Samsung Gear</td></tr>
</table>
("How to get your Activities to Strava | Strava Help Center," available at https://support.strava.com/en-us/articles/15402066-how-to-get-your-activities-to-strava (last accessed August 2026 and incorporated by reference).)
</td></tr>
</table>

| Claim 21 | Strava |
|---|---|
| | Compatible devices include "GPS watches," which are designed to be worn around a user's wrist. (*Id.*)<br><br>Data from these devices is synced to the Strava server. (*Id.*) |
| a training plan database configured to store a plurality of workouts; and | Strava provides a training plan database configured to store a plurality of workouts.<br><br>For example, Strava's "Strava + Runna" service provides "personalized running plans by elite coaches."<br><br><br><br>("Strava + Runna Subscription," *available at* https://www.strava.com/strava-runna (last accessed August 2026 and incorporated by reference).) |

| Claim 21 | Strava |
|---|---|
| a processor configured to permit a coach preselected by the athlete to associate a new workout from the training plan database with one of the athlete profiles once it is determined that a workout associated with the athlete profile has been completed, | Strava provides a processor configured to permit a coach preselected by the athlete to associate a new workout from the training plan database with one of the athlete profiles once it is determined that a workout associated with the athlete profile has been completed.<br><br>For example, the Strava + Runna service allows a coach to associate running plans with user profiles.<br><br><br><br>("Personalized Strava training plans for runners \| Runna," *available at* [https://www.runna.com/integrations/strava](https://www.runna.com/integrations/strava) (last accessed August 2026 and incorporated by reference).) |

| Claim 21 | Strava |
|---|---|
| | The Strava + Runna service also enables a workout to be added once a workout is marked complete.<br><br>**What to expect after connecting Apple Watch with Runna:**<br>• **Premium users:** the next 2 weeks of scheduled, unskipped and uncompleted workouts sync to your watch, refreshed every Sunday<br>• **Free trial users:** the first week of workouts syncs to your watch<br>• Your distance units (km or miles) on the watch match whatever is set in your Runna app<br><br>("Using Your Apple Watch With Runna and Getting the Most Out of It \| Runna Support \| #1 running coaching app & plans," *available at* https://support.runna.com/en/articles/6306200-how-to-use-your-apple-watch-with-runna (last accessed August 2026 and incorporated by reference).) |
| the processor being configured to provide the preselected coach with access to the training record of the athlete profile during the athlete's training workout. | Strava's processor is configured to provide the preselected coach with access to the training record of the athlete profile during the athlete's training workout.<br><br>For example, "You can use Strava Beacon when recording with the Strava mobile app to share your real-time location with your family and friends." ("Strava Beacon \| Strava Help Center," *available at* https://support.strava.com/en-us/articles/15401829-strava-beacon (last accessed August 2026 and incorporated by reference).)<br><br>When the Strava Beacon is enabled, the user's "safety contacts" (*e.g.*, a coach) will be able to view the user's location in real time. |

| Claim 21 | Strava |
| --- | --- |
| | <br><br>(*Id.*)<br><br>Strava provides a dashboard through which live training data of the user as the user is performing a workout is displayed. |

| Claim 21 | Strava |
|---|---|
| | <br>(*See* "Strava made its Beacon a free feature, but there is a catch - Canadian Cycling Magazine," *available at* https://cyclingmagazine.ca/sections/news/strava-made-its-beacon-a-free-feature-but-there-is-a-catch/ (last accessed August 2026 and incorporated by reference).) |