**Exhibit 35 – Infringement of U.S. Patent Number 11,120,902 by Strava**

| **Claim 1** | **Strava** |
|---|---|
| A method for providing a coach with live training data of an athlete as the athlete is performing a cycling workout, the method comprising: | To the extent the preamble is limiting, Strava performs a method for providing a coach with live training data of an athlete as the athlete is performing a cycling workout.<br><br>For example, "You can use Strava Beacon when recording with the Strava mobile app to share your real-time location with your family and friends." ("Strava Beacon \| Strava Help Center," *available at* https://support.strava.com/en-us/articles/15401829-strava-beacon (last accessed August 2026 and incorporated by reference).)<br><br>When the Strava Beacon is enabled, the user's "safety contacts" (*i.e.*, those granted access permission) will be able to view the user's location in real time. |

| Claim 1 | Strava |
| --- | --- |
| | <br>(*Id.*)<br><br>Strava provides a dashboard through which live training data of the user as the user is performing a workout is displayed. |

| Claim 1 | Strava |
|---|---|
| | <br><br>(*See* "Strava made its Beacon a free feature, but there is a catch - Canadian Cycling Magazine," *available at* [https://cyclingmagazine.ca/sections/news/strava-made-its-beacon-a-free-feature-but-there-is-a-catch/](https://cyclingmagazine.ca/sections/news/strava-made-its-beacon-a-free-feature-but-there-is-a-catch/) (last accessed August 2026 and incorporated by reference).)<br><br>This functionality is available for cycling workouts. |

| Claim 1 | Strava |
|---|---|
| |  <br><br>("Cycling & Biking App – Tracker, Trails, Training & More \| Strava," *available at* https://www.strava.com/sports/cycling (last accessed August 2026 and incorporated by reference).) |
| creating an athlete profile on a training log server of a computer web-based platform, | Strava creates an athlete profile on a training log server of a computer web-based platform.<br><br>For example, Strava provides a "profile page . . . to see a summary of your activities." ("Your Strava Profile Page \| Strava Help Center," *available at* https://support.strava.com/en-us/articles/15402175-your-strava-profile-page (last accessed August 2026 and incorporated by reference).)<br><br>On information and belief, the profile page displays data (*e.g.*, "Training Log" data) from a training log server. |

| Claim 1 | Strava |
|---|---|
| | <br><br>("Spotlight on The Training Log \| Community," *available at* https://communityhub.strava.com/insider-journal-9/spotlight-on-the-training-log-1497 (last accessed August 2026 and incorporated by reference).)<br><br>Strava offers a web-based app. |
| the training log server being configured to maintain a plurality of athlete profiles, | Strava's training log server is configured to maintain a plurality of athlete profiles. Each Strava user is able to configure a separate profile page. |

| Claim 1 | Strava |
|---|---|
| the athlete profile including a training record having a plurality predefined fields,<br><br>at least one of the fields corresponding to a distance aspect of an athlete's workout,<br><br>at least another of the fields corresponding to a time aspect of the athlete's workout; | Each Strava profile includes a training record having a plurality predefined fields, at least one of the fields corresponding to a distance aspect of an athlete's workout, at least another of the fields corresponding to a time aspect of the athlete's workout.<br><br>For example, as shown in the screenshot below, the Strava training record includes components of a saved workout with pre-defined fields for distance and time associated with that workout. |

| Claim 1 | Strava |
|---|---|
| | <br>("Viewing Activities \| Strava Help Center," *available at* https://support.strava.com/en-us/articles/15401981-viewing-activities (last accessed August 2026 and incorporated by reference).) |

<table>
<tr><th>Claim 1</th><th>Strava</th></tr>
<tr><td>communicating with the platform workout data from a mobile tracking device worn by the athlete around a portion of a head of an athlete through a communications link between the tracking device and a mobile communications device as the athlete is performing the cycling workout, the workout data including a distance aspect and a time aspect; and</td><td>Strava communicates with the platform workout data from a mobile tracking device worn by the athlete around a portion of a head of an athlete through a communications link between the tracking device and a mobile communications device as the athlete is performing the cycling workout, the workout data including a distance aspect and a time aspect.<br><br>As shown in the screenshot below, Strava allows users to record GPS-based activities using a variety of devices during a workout.<br><br><br>How to get your Activities to Strava<br>Explore every way to get your activities onto Strava, from instant app uploads to GPS device syncing and manual file uploads for older workouts.<br>Updated over a week ago<br><br>Strava works with many unique devices and applications and turns every iPhone and Android into a sophisticated running and cycling computer (and we work with your GPS watches and head units, too). Start Strava before an activity, and you can track your favorite performance stats and, afterward, dive deep into your data. You can upload your activities to Strava using any of the following methods.<br><br>Record GPS-based activities with the Strava app for iOS or Android<br>Athletes can download Strava on their iPhone or Android to record and sync their activities. If you're having trouble uploading an activity recorded with the Strava app, you can learn more about how to troubleshoot uploads for both here.<br><br>Sync from Strava-Supported Smart Watches and Wearables<br><table><tr><th>iPhone:</th><th>Android:</th></tr><tr><td>Apple Watch</td><td>Android Wear<br>Motorola 360<br>Samsung Gear</td></tr></table><br>("How to get your Activities to Strava | Strava Help Center," available at https://support.strava.com/en-us/articles/15402066-how-to-get-your-activities-to-strava (last accessed August 2026 and incorporated by reference).)</td></tr>
</table>

| Claim 1 | Strava |
|---|---|
| | Strava is compatible with Oakley Meta smart glasses.<br><br>Strava athletes can now overlay their performance metrics directly onto their photos and videos captured with Oakley and Ray-Ban Meta smart glasses. This integration lets you create dynamic, shareable moments that show off both your effort and your perspective on the move.<br><br>Media captured during your activity can be shared to the **Strava activity recorded at that same time,** allowing your photos and videos to pair with your workout automatically. You can also share your media on Instagram, Facebook, and other social media platforms.<br><br>("Meta Glasses and Strava \| Strava Help Center," *available at* https://support.strava.com/en-us/articles/15401555-meta-glasses-and-strava (last accessed August 2026 and incorporated by reference).)<br><br>Oakley Meta smart glasses are designed to be worn by an athlete around a portion of a head of the athlete, *e.g.* while cycling. |

| Claim 1 | Strava |
| --- | --- |
| | <br><br>"The New Oakley Performance Meta AI Glasses \| Oakley®," *available at* https://www.oakley.com/en-us/l/oakley-meta (last accessed August 2026 and incorporated by reference).)<br><br>Oakley Meta smart glasses track time and distance data. |

| Claim 1 | Strava |
|---|---|
| | <br><br>("Oakley Meta Vanguard AI Glasses with Black Frame and Prizm Road Lenses \| Oakley® US," *available at* https://www.oakley.com/en-us/product/W0OW8001?variant=888392690418 (last accessed August 2026 and incorporated by reference).)<br><br>Data from these devices is communicated to the platform via a communications link. ("How to get your Activities to Strava \| Strava Help Center," *available at* https://support.strava.com/en-us/articles/15402066-how-to-get-your-activities-to-strava (last accessed August 2026 and incorporated by reference).)<br><br>Strava collects distance and speed (and thus time) from GPS-enabled tracking devices. |

| Claim 1 | Strava |
|---|---|
| | **What is the difference between moving time and elapsed time?**<br><br>Elapsed time is the duration from the moment you hit start on your device or phone to the moment you finish the activity. It includes stoplights, coffee breaks, bathroom stops, and stopping for photos. Moving time, however, measures how long you were active. Strava will attempt to calculate this based on your activity's GPS locations, distance, and speed. We will forego our run calculation if you use your pause button and respect the moving time directly from the device instead.<br><br>("Moving Time, Speed, and Pace Calculations \| Strava Help Center," *available at* https://support.strava.com/en-us/articles/15401804-moving-time-speed-and-pace-calculations (last accessed August 2026 and incorporated by reference).)<br><br>The workout data is communicated through a communications link between the tracking device (*e.g.*, Oakley Meta smart glasses) and a mobile communications device (*e.g.*, a smart phone) as the athlete is performing the cycling workout. |

<table>
<tr><th>Claim 1</th><th>Strava</th></tr>
<tr><td></td><td>



("Oakley Meta Glasses | Smart Eyewear for Active Lifestyles | Meta," *available at* https://www.meta.com/ai-glasses/oakley-meta/?srsltid=AfmBOopagra271kAl3a4JVtvOnO_o4qPf-mY6X2JZYSHQ9lvY5WpNAGS (last accessed August 2026 and incorporated by reference).)
</td></tr>
</table>

| Claim 1 | Strava |
|---|---|
| | **How to pair your glasses with the Meta AI mobile app:**<br><br>1. Remove your glasses from the case.<br>2. Turn your glasses on by sliding the power switch on the left frame towards the front of the glasses.<br>3. Put your glasses back inside the case, making sure to gently push down on the top of the glasses so that the bottom of the nose bridge on your glasses makes contact with the charging port inside the case.<br>4. When the case LED starts flashing blue, your device is ready to pair with the Meta AI mobile app.<br>• If your device doesn't automatically go into pairing mode, you can manually turn pairing mode on by pressing and holding the button on the back of the case for at least 5 seconds.<br>5. From the Meta AI mobile app, tap **Glasses** in the top right.<br>6. Tap in the top right and follow the on-screen instructions.<br><br>("How to pair and unpair AI glasses with the Meta AI mobile app \| AI Glasses Help," *available at* https://www.meta.com/help/ai-glasses/268269592726432/ (last accessed August 2026 and incorporated by reference).) |
| permitting the coach to view the workout data of the athlete as the athlete is performing the cycling workout. | Strava permits the coach to view the workout data of the athlete as the athlete is performing the cycling workout.<br><br>As discussed above, Strava Beacon allows access (including by a coach) to a user's workout data as the athlete is performing the workout, which can include a cycling workout. |