**Exhibit 36 – Infringement of U.S. Patent No. 11,244,751 by Strava**

| Claim 7 | Strava |
|---|---|
| A method to permit a person to track a user throughout one or more portions of the user's swimming pool workout, the method comprising: | Strava performs a method to permit a person to track a user throughout one or more portions of the user's swim workout.<br><br>For example, "You can use Strava Beacon when recording with the Strava mobile app to share your real-time location with your family and friends." ("Strava Beacon \| Strava Help Center," *available at* https://support.strava.com/en-us/articles/15401829-strava-beacon (last accessed August 2026 and incorporated by reference).)<br><br>When the Strava Beacon is enabled, the user's "safety contacts" (*i.e.*, those granted access permission) will be able to view the user's location in real time. |

| Claim 7 | Strava |
| --- | --- |
| | <br><br>(*Id.*)<br><br>Strava provides a dashboard through which live training data of the user as the user is performing a workout is displayed. |

| Claim 7 | Strava |
|---|---|
| | <br><br>(*See* "Strava made its Beacon a free feature, but there is a catch - Canadian Cycling Magazine," *available at* https://cyclingmagazine.ca/sections/news/strava-made-its-beacon-a-free-feature-but-there-is-a-catch/ (last accessed August 2026 and incorporated by reference).)<br><br>This functionality is available for swimming workouts. |

| Claim 7 | Strava |
|---|---|
| | **Outdoor Swims**<br>• Outdoor swims are recorded with GPS data, so a map will be displayed on Strava.<br>  ○ A GPS-based moving time is used instead of a lap time.<br>  ○ The pace chart for outdoor swims is built with GPS points, although we apply a bit of smoothing.<br><br>("Swim Activities on Strava \| Strava Help Center," *available at* https://support.strava.com/en-us/articles/15401830-swim-activities-on-strava (last accessed August 2026 and incorporated by reference).) |
| providing a system to create a plurality of user profiles on an online training log of a computer web-based platform, the training log being configured to maintain the plurality of user profiles, | Strava provides a system to create a plurality of user profiles on an online training log of a computer web-based platform, the training log being configured to maintain the plurality of user profiles.<br><br>For example, Strava provides a "profile page . . . to see a summary of your activities." ("Your Strava Profile Page \| Strava Help Center," *available at* https://support.strava.com/en-us/articles/15402175-your-strava-profile-page (last accessed August 2026 and incorporated by reference).)<br><br>On information and belief, the profile page displays data (*e.g.*, "Training Log" data) from a training log. |

| Claim 7 | Strava |
|---|---|
| |  <br><br>("Spotlight on The Training Log \| Community," *available at* https://communityhub.strava.com/insider-journal-9/spotlight-on-the-training-log-1497 (last accessed August 2026 and incorporated by reference).)<br><br>Strava provides a web-based app. |
| each user profile including a training record having a plurality predefined fields, | Each Strava profile includes a training record having a plurality predefined fields, at least one of the fields corresponding to a distance aspect of a user's swim workout, at least another one of the fields corresponding to a time aspect of the user's swim workout.<br><br>For example, as shown in the screenshot below, the Strava training record includes components of a saved workout with pre-defined fields for distance and time associated with that workout. |

| Claim 7 | Strava |
|---|---|
| at least one of the fields corresponding to a distance aspect of a user's swim workout,<br><br>at least another one of the fields corresponding to a time aspect of the user's swim workout, | <br><br>("Viewing Activities \| Strava Help Center," *available at* https://support.strava.com/en-us/articles/15401981-viewing-activities (last accessed August 2026 and incorporated by reference).)<br><br>This functionality is available for swim workouts. |

| Claim 7 | Strava |
|---|---|
| | **Outdoor Swims**<br>• Outdoor swims are recorded with GPS data, so a map will be displayed on Strava.<br>◦ A GPS-based moving time is used instead of a lap time.<br>◦ The pace chart for outdoor swims is built with GPS points, although we apply a bit of smoothing.<br><br>("Swim Activities on Strava \| Strava Help Center," *available at* https://support.strava.com/en-us/articles/15401830-swim-activities-on-strava (last accessed August 2026 and incorporated by reference).) |
| associating a training plan with one of the plurality of user profiles from a database of training plans; | Strava associates a training plan with one of the plurality of user profiles from a database of training plans.<br><br>For example, FORM provides a "library" of swimming plans for Strava users, indicating that training plans from a database of training plans can be associated with a user.<br><br>**Getting Started With Plans**<br>FORM Plans include a progressive series of workouts to help swimmers at all levels achieve their swim goals. Each training plan includes coach-designed workouts, descriptions outlining the focus for each week and workout, and technique videos—all in the FORM Swim App.<br>Once you have chosen a plan from the library, or generated one with HeadCoach™, and synced your plan, the workouts will all be on your goggles, where you can access them. Your plan starts when you swim your first workout. You will always be presented with the next swim in the plan in your goggles but you can swim them in any order and in any week. Your plan will progress with each week but you can always access skipped or missed workouts in the app and in your goggles.<br>Your coach has set the recommended order of your workouts, but you can swim any day of the week and in any order. Start whenever you are ready, then stick to it as best you can. When your final week ends, you will see a summary in the app.<br><br>("Getting Started With Plans – FORM Support Center," *available at* https://support.formswim.com/hc/en-us/articles/5447304701971-Getting-Started-With-Plans (last accessed August 2026 and incorporated by reference).) |

| Claim 7 | Strava |
| --- | --- |
| | FORM Support Center > New User Lessons & Owner Manual > Owner Manual > Using The App<br><br>**Can I export my swims to other platforms?**<br><br>Yes, you can! There are two types of integration with the app.<br>1. Push swims to & import workouts* from:<br>• TrainingPeaks<br>• TriDot<br><br>2. Push swims to:<br>• Strava<br>• Apple Health<br>• Final Surge<br>• Intervals.icu<br><br>("Can I export my swims to other platforms? – FORM Support Center," *available at* https://support.formswim.com/hc/en-us/articles/360033565014-Can-I-export-my-swims-to-other-platforms (last accessed August 2026 and incorporated by reference).) |
| communicating with the platform swim workout data from a mobile tracking device worn by the user around a portion of a head of the user through a means for accessing the | Strava communicates with the platform swim workout data from a mobile tracking device worn by the user around a portion of a head of the user through a means for accessing the platform as the user is performing the swimming workout, the workout data including the user's heart rate data.<br><br>As shown in the screenshot below, Strava allows users to record GPS-based activities using a variety of devices during a workout. |

| Claim 7 | Strava |
| --- | --- |
| platform as the user is performing the swimming workout, the workout data including the user's heart rate data; and | **How to get your Activities to Strava**<br>Explore every way to get your activities onto Strava, from instant app uploads to GPS device syncing and manual file uploads for older workouts.<br>Updated over a week ago<br><br>Strava works with many unique devices and applications and turns every iPhone and Android into a sophisticated running and cycling computer (and we work with your GPS watches and head units, too). Start Strava before an activity, and you can track your favorite performance stats and, afterward, dive deep into your data. You can upload your activities to Strava using any of the following methods.<br><br>**Record GPS-based activities with the Strava app for iOS or Android**<br>Athletes can download Strava on their iPhone or Android to record and sync their activities. If you're having trouble uploading an activity recorded with the Strava app, you can learn more about how to troubleshoot uploads for both here.<br><br>**Sync from Strava-Supported Smart Watches and Wearables**<br>iPhone: Apple Watch<br>Android: Android Wear, Motorola 360, Samsung Gear<br><br>("How to get your Activities to Strava \| Strava Help Center," *available at* https://support.strava.com/en-us/articles/15402066-how-to-get-your-activities-to-strava (last accessed August 2026 and incorporated by reference).)<br><br>Strava specifically supports "swim devices." |

| Claim 7 | Strava |
|---|---|
| | **Recording your Swim Activities**<br><br>Many multi-sport or swim devices are compatible with Strava. While all these devices are compatible with Strava, some have an easier process for uploading to Strava than others. For a complete list of all our compatible devices, please refer to this article. Here are some of the most popular devices used by our athletes to record swim activities:<br><br>• Garmin Swim 2<br>• Garmin Forerunner 955 and 255 Series, 745, 945/945 LTE<br>• Garmin Fenix 7 Series<br>• Garmin Instinct Crossover and 2 Series<br>• TomTom Multi-Sport<br>• Polar Vantage 2 and PacerPro<br>• Suunto Peak 9, 5, 7<br><br>The Strava app for Apple Watch can record swimming activities but without GPS (distance and pace will not be reflected on the activity). Athletes can also record swimming activities on Wear OS 3.<br><br>("Swim Activities on Strava \| Strava Help Center," *available at* https://support.strava.com/en-us/articles/15401830-swim-activities-on-strava (last accessed August 2026 and incorporated by reference).)<br><br>Strava is compatible with FORM Smart Swim Googles. |

| Claim 7 | Strava |
| --- | --- |
| | **Syncing through Device Software**<br><br>Most popular services can upload data to Strava through syncing software built by the manufacturer. For information on your device or ways to troubleshoot syncing, please choose from the list below.<br><br>• Amazfit<br>• Apple Fitness+<br>• Bkool<br>• Bryton<br>• Carv<br>• CATEYE<br>• COROS<br>• F45<br>• Fi Collar<br>• Fitbit<br>• FulGaz<br>• FORM Smart Swim Goggles<br><br>("How to get your Activities to Strava \| Strava Help Center," *available at* https://support.strava.com/en-us/articles/15402066-how-to-get-your-activities-to-strava (last accessed August 2026 and incorporated by reference).) |

| Claim 7 | Strava |
|---|---|
| | FORM Support Center > New User Lessons & Owner Manual > Owner Manual > Using The App<br><br>**Can I export my swims to other platforms?**<br><br>Yes, you can! There are two types of integration with the app.<br>1. Push swims to & import workouts* from:<br>• TrainingPeaks<br>• TriDot<br><br>2. Push swims to:<br>• Strava<br>• Apple Health<br>• Final Surge<br>• Intervals.icu<br><br>("Can I export my swims to other platforms? – FORM Support Center," *available at* https://support.formswim.com/hc/en-us/articles/360033565014-Can-I-export-my-swims-to-other-platforms (last accessed August 2026 and incorporated by reference).)<br><br>FORM Smart Swim Goggles are designed to be worn by an athlete around a portion of a head of the athlete while swimming. |

| Claim 7 | Strava |
|---|---|
| | <br><br>("FORM Smart Swim Goggles and Swim App," *available at* https://www.formswim.com/ (last accessed August 2026 and incorporated by reference).)<br><br>FORM Smart Swim Goggles track heart rate data. |

<table>
<tr><th>Claim 7</th><th>Strava</th></tr>
<tr><td></td><td>





("FORM Smart Swim Goggles and Swim App," *available at* https://www.formswim.com/ (last accessed August 2026 and incorporated by reference).)

Data from these devices is communicated to the Strava platform through a through a means for accessing the platform. ("How to get your Activities to Strava | Strava Help Center," *available at* https://support.strava.com/en-us/articles/15402066-how-to-get-your-activities-to-strava (last accessed August 2026 and incorporated by reference).)
</td></tr>
</table>

| Claim 7 | Strava |
|---|---|
| | Measuring your heart rate during workouts can help you better understand your fitness over time -- it's a great indicator of how hard you're pushing yourself and how well you've trained your body to respond to demanding activities. Heart rate data unlocks a number of helpful features for Strava subscribers, including Relative Effort, Heart Rate Zones, and automatic updates to your Fitness Score.<br><br>Strava is compatible with a number of GPS devices that record heart rate data, including Garmin, Fitbit, Apple Watch, Wahoo, Polar, Suunto, and TomTom.* To connect a GPS watch or other supported devices:<br><br>On the web,<br><br>1. Select the plus sign icon in the upper-right corner, then choose **Upload activity** from the drop-down menu.<br>2. Click **Get Started** under the device you wish to upload from.<br>3. Follow the on-screen prompts to finish connecting your accounts.<br><br>On the mobile app,<br><br>1. Open your settings from the icon in the upper right corner of the **You** tab.<br>2. Tap **Link Other Services** on Android or **Applications, Services, and Devices** on iOS.<br>3. Tap **Connect a device to Strava**.<br>4. Select the device brand you're using and follow the instructions to connect your Strava account.<br>5. If you don't see the brand you're looking for, check the Strava website using the instructions above.<br><br>("Heart Rate \| Strava Help Center," *available at* https://support.strava.com/en-us/articles/15401762-heart-rate (last accessed August 2026 and incorporated by reference).) |

| Claim 7 | Strava |
|---|---|
| |  <br>("Can I export my swims to other platforms? – FORM Support Center," *available at* https://support.formswim.com/hc/en-us/articles/360033565014-Can-I-export-my-swims-to-other-platforms (last accessed August 2026 and incorporated by reference).) |

| Claim 7 | Strava |
|---|---|
| permitting the person to view the workout data of the user as the user is performing the swimming workout, | Strava permits the person to view the workout data of the user as the user is performing the swimming workout.<br><br>As discussed above, Strava Beacon allows access to a user's training record as the user is performing the workout, which can include a swimming workout. |
| the swimming workout including a plurality of swim sets. | Strava supports a swimming workout that includes a plurality of swim sets.<br><br>As shown in the screenshot below, Strava supports a swimming workout that includes, *e.g.*, "Freestyle," "Backstroke," and "Mixed" sets. |

| Claim 7 | Strava |
|---|---|
| | Grab extra “Kudos” on your swims, as FORM has really pulled off making your swims look cool in Strava.<br><br><br>A representation of the FORM goggles display shows time and distance on the graphic, and gives your friends on Strava an experience of what it’s like to swim with real-time metrics in the pool.<br><br>("Your Swims Have Never Looked So Good Thanks To FORM and Strava," *available at* https://swimswam.com/your-swims-have-never-looked-so-good-thanks-to-form-and-strava/ (last accessed August 2026 and incorporated by reference).) |