**Exhibit 37 – Infringement of U.S. Patent No. 11,322,240 by Strava**

<table>
<tr><th>Claim 1</th><th>Strava</th></tr>
<tr><td>A web-based platform comprising:</td><td>

To the extent the preamble is limiting, Strava provides a web-based platform.

Strava provides a web-based fitness tracking app.




("Finding & Inviting Friends to Strava: Website | Strava Help Center," *available at* https://support.strava.com/en-us/articles/15402169-finding-inviting-friends-to-strava-website (last accessed August 2026 and incorporated by reference).)

</td></tr>
</table>

| **Claim 1** | **Strava** |
| --- | --- |
| a training log database configured to maintain a plurality of user profiles, | Strava's platform includes a training log database configured to maintain a plurality of user profiles.<br><br>For example, Strava provides a "profile page . . . to see a summary of your activities." ("Your Strava Profile Page \| Strava Help Center," *available at* https://support.strava.com/en-us/articles/15402175-your-strava-profile-page (last accessed August 2026 and incorporated by reference).)<br><br>On information and belief, the profile page displays data (*e.g.*, "Training Log" data) from a training log database.<br><br>Strava subscribers can access the Training Log to view all of their training in one place. It's visualized to show their progress and highlight important stats. We'll update your Training Log every time you upload an activity.<br><br>("Training Log \| Strava Help Center," *available at* https://support.strava.com/en-us/articles/15402077-training-log (last accessed August 2026 and incorporated by reference).) |
| each user profile including a workout record having a plurality of fields that store information from one or more workouts,<br><br>at least one of the fields corresponding to a distance aspect,<br><br>at least another one of the fields | Each Strava profile includes a workout record having a plurality of fields that store information from one or more workouts, at least one of the fields corresponding to a distance aspect, at least another one of the fields corresponding to a time aspect.<br><br>For example, as shown in the screenshot below, the Strava training record includes components of a saved workout with pre-defined fields for distance and time. |

<table>
<tr><th>Claim 1</th><th>Strava</th></tr>
<tr><td>corresponding to a time aspect,</td><td>



("Finding & Inviting Friends to Strava: Website | Strava Help Center," available at https://support.strava.com/en-us/articles/15402169-finding-inviting-friends-to-strava-website (last accessed August 2026 and incorporated by reference).)</td></tr>
<tr><td>the platform configured to be synchronized with a GPS tracking device and a heart rate sensor worn by the user so that the training log is updated as the user is</td><td>The Strava platform is configured to be synchronized with a GPS tracking device and a heart rate sensor worn by the user so that the training log is updated as the user is running with data from the tracking device.<br><br>As shown in the screenshot below, Strava allows users to record GPS-based activities using a variety of devices during a workout, and the training log is updated as the user is working out (e.g., running) with data from the tracking device.</td></tr>
</table>

| Claim 1 | Strava |
|---|---|
| running with data from the tracking device; and | **How to get your Activities to Strava**<br>Explore every way to get your activities onto Strava, from instant app uploads to GPS device syncing and manual file uploads for older workouts.<br>Updated over a week ago<br>Strava works with many unique devices and applications and turns every iPhone and Android into a sophisticated running and cycling computer (and we work with your GPS watches and head units, too). Start Strava before an activity, and you can track your favorite performance stats and, afterward, dive deep into your data. You can upload your activities to Strava using any of the following methods.<br>**Record GPS-based activities with the Strava app for iOS or Android**<br>Athletes can download Strava on their iPhone or Android to record and sync their activities. If you're having trouble uploading an activity recorded with the Strava app, you can learn more about how to troubleshoot uploads for both here.<br>**Sync from Strava-Supported Smart Watches and Wearables**<br>iPhone: Apple Watch<br>Android: Android Wear, Motorola 360, Samsung Gear<br>("How to get your Activities to Strava \| Strava Help Center," *available at* https://support.strava.com/en-us/articles/15402066-how-to-get-your-activities-to-strava (last accessed August 2026 and incorporated by reference).)<br>Compatible devices include "GPS watches," which are designed to be worn around a user's wrist. (*Id.*) Strava is further compatible with GPS watches that include heart rate sensors. |

| Claim 1 | Strava |
|---|---|
| | Measuring your heart rate during workouts can help you better understand your fitness over time -- it's a great indicator of how hard you're pushing yourself and how well you've trained your body to respond to demanding activities. Heart rate data unlocks a number of helpful features for Strava subscribers, including [Relative Effort](), [Heart Rate Zones](), and automatic updates to your [Fitness Score]().<br><br>Strava is compatible with a [number of GPS devices]() that record heart rate data, including Garmin, Fitbit, Apple Watch, Wahoo, Polar, Suunto, and TomTom.* To connect a GPS watch or other supported devices:<br><br>On the web,<br>1. Select the plus sign icon in the upper-right corner, then choose **Upload activity** from the drop-down menu.<br>2. Click **Get Started** under the device you wish to upload from.<br>3. Follow the on-screen prompts to finish connecting your accounts.<br><br>On the mobile app,<br>1. Open your settings from the icon in the upper right corner of the **You** tab.<br>2. Tap **Link Other Services** on Android or **Applications, Services, and Devices** on iOS.<br>3. Tap **Connect a device to Strava**.<br>4. Select the device brand you're using and follow the instructions to connect your Strava account.<br>5. If you don't see the brand you're looking for, check the [Strava website]() using the instructions above.<br><br>("Heart Rate \| Strava Help Center," *available at* https://support.strava.com/en-us/articles/15401762-heart-rate (last accessed August 2026 and incorporated by reference).) |

| Claim 1 | Strava |
|---|---|
| | Data from these devices is synced to the Strava server. ("How to get your Activities to Strava \| Strava Help Center," *available at* https://support.strava.com/en-us/articles/15402066-how-to-get-your-activities-to-strava (last accessed August 2026 and incorporated by reference).) |
| a processor programmed to receive positional data supplied by the tracking device through a peer-to-peer communications link between the tracking device and a mobile communications device, and through a cellular network to link the mobile communications device to the platform, and update the platform with the positional data during the user's run, | Strava's platform includes a processor programmed to receive positional data supplied by the tracking device through a peer-to-peer communications link between the tracking device and a mobile communications device, and through a cellular network to link the mobile communications device to the platform, and update the platform with the positional data during the user's run.<br><br>Strava enables users to transmit positional data from a tracking device (*e.g.*, a GPS watch) through a peer-to-peer communications link (*e.g.*, a Bluetooth connection) to a mobile communications device (*e.g.*, a smartphone running the Strava App). |

| Claim 1 | Strava |
| --- | --- |
| | <br><br>("How to Sync Apple Watch to Strava," *available at* https://www.youtube.com/watch?v=sTV9m4inJsQ (last accessed August 2026 and incorporated by reference).)<br><br>The positional data is received by the processor through a cellular network to link the mobile communications device to the platform. As shown in the screenshot below, "depending on cell service," the location data updates "about every 15 seconds" from the smartphone during the user's run. |

| Claim 1 | Strava |
|---|---|
| | **How it works**<br>• Beacon generates a unique URL that you can share with your safety contacts via text message, allowing them to follow your activity in real-time.<br>• Depending on cell service, your location should update about every 15 seconds.<br>• Once Beacon is toggled ON, it will continue to remain ON but will prompt you to send a text message with every new recording.<br>• Even if Beacon is set to ON, your contacts will only receive your location if you send them the generated text message.<br>• The safety contacts you initially selected will continue to remain selected until you change them.<br>• You can choose to send a text message at any time during your recording by clicking on the Beacon icon and then sending another text message.<br><br>("Strava Beacon \| Strava Help Center," *available at* https://support.strava.com/en-us/articles/15401829-strava-beacon (last accessed August 2026 and incorporated by reference).) |
| the processor being further configured to present the user with an option to grant access to the positional data to another person so that the other person may view the positional data | Strava's processor is configured to present the user with an option to grant access to the positional data to another person so that the other person may view the positional data of the user as the user is running.<br><br>For example, "You can use Strava Beacon when recording with the Strava mobile app to share your real-time location with your family and friends." ("Strava Beacon \| Strava Help Center," *available at* https://support.strava.com/en-us/articles/15401829-strava-beacon (last accessed August 2026 and incorporated by reference).) |

| Claim 1 | Strava |
| --- | --- |
| of the user as the user is running, | When the Strava Beacon is enabled, the user's "safety contacts" (*e.g.*, another person) will be able to view the user's location in real time as the user is running.<br><br>(*Id.*) |
| the processor also being configured to provide the other person with access to the positional data as the positional data is | Strava's processor is configured to provide the other person with access to the positional data as the positional data is being communicated to the platform during the user's run.<br><br>Strava provides a dashboard through which live positional data of the user as the user is running is displayed. |

| Claim 1 | Strava |
|---|---|
| being communicated to the platform during the user's run, | <br>(*See* "Strava made its Beacon a free feature, but there is a catch - Canadian Cycling Magazine," *available at* https://cyclingmagazine.ca/sections/news/strava-made-its-beacon-a-free-feature-but-there-is-a-catch/ (last accessed August 2026 and incorporated by reference).) |

| Claim 1 | Strava |
| --- | --- |
| the processor being configured to populate a performance dashboard with a workout summary after completion of the user's run. | Strava's processor is configured to populate a performance dashboard with a workout summary after completion of the user's run.<br><br>("Finding & Inviting Friends to Strava: Website \| Strava Help Center," *available at* https://support.strava.com/en-us/articles/15402169-finding-inviting-friends-to-strava-website (last accessed August 2026 and incorporated by reference).) |