**Exhibit 38 – Infringement of U.S. Patent No. 11,810,656 by Strava**

<table>
<tr><th>Claim 1</th><th>Strava</th></tr>
<tr><td>A web-based platform configured to permit a person to track a runner throughout a duration of the runner's workout, comprising:</td><td>

To the extent the preamble is limiting, Strava provides a web-based platform configured to permit a person to track a runner throughout a duration of the runner's workout.

Strava provides a web-based fitness tracking app.




("Finding & Inviting Friends to Strava: Website | Strava Help Center," *available at* https://support.strava.com/en-us/articles/15402169-finding-inviting-friends-to-strava-website (last accessed August 2026 and incorporated by reference).)

</td></tr>
</table>

| Claim 1 | Strava |
|---|---|
| | "You can use Strava Beacon when recording with the Strava mobile app to share your real-time location with your family and friends." ("Strava Beacon \| Strava Help Center," *available at* https://support.strava.com/en-us/articles/15401829-strava-beacon (last accessed August 2026 and incorporated by reference).)<br><br>When the Strava Beacon is enabled, the user's "safety contacts" will be able to view the user's location in real time during a runner's workout.<br><br><br><br><br>(*Id.*) |

| **Claim 1** | **Strava** |
|---|---|
| a training log server configured to maintain a plurality of user profiles in a database, | Strava's platform includes a training log server configured to maintain a plurality of user profiles in a database.<br><br>For example, Strava provides a "profile page . . . to see a summary of your activities." ("Your Strava Profile Page \| Strava Help Center," *available at* https://support.strava.com/en-us/articles/15402175-your-strava-profile-page (last accessed August 2026 and incorporated by reference).)<br><br>On information and belief, the profile page displays data (*e.g.*, "Training Log" data) from a training log server.<br><br>Strava subscribers can access the Training Log to view all of their training in one place. It's visualized to show their progress and highlight important stats. We'll update your Training Log every time you upload an activity.<br><br>("Training Log \| Strava Help Center," *available at* https://support.strava.com/en-us/articles/15402077-training-log (last accessed August 2026 and incorporated by reference).) |
| each user profile including a workout record having a plurality of fields that store information from a workout,<br><br>at least one of the fields corresponding to a distance aspect, | Each Strava profile includes a workout record having a plurality of fields that store information from a workout, at least one of the fields corresponding to a distance aspect, at least another one of the fields corresponding to a time aspect.<br><br>For example, as shown in the screenshot below, the Strava training record includes components of a saved workout with pre-defined fields for distance and time. |

| Claim 1 | Strava |
|---|---|
| at least another one of the fields corresponding to a time aspect, | <br><br>("Finding & Inviting Friends to Strava: Website \| Strava Help Center," *available at* https://support.strava.com/en-us/articles/15402169-finding-inviting-friends-to-strava-website (last accessed August 2026 and incorporated by reference).) |
| the platform configured to be synchronized with a GPS tracking device worn by the runner so that the training log is updated | The Strava platform is configured to be synchronized with a GPS tracking device worn by the runner so that the training log is updated automatically with workout data from the tracking device.<br><br>As shown in the screenshot below, Strava allows users to record GPS-based activities using a variety of devices during a workout, and the training log is updated automatically with workout data from the tracking device. |

| Claim 1 | Strava |
|---|---|
| automatically with workout data from the tracking device; and | **How to get your Activities to Strava**<br>Explore every way to get your activities onto Strava, from instant app uploads to GPS device syncing and manual file uploads for older workouts.<br>Updated over a week ago<br><br>Strava works with many unique devices and applications and turns every iPhone and Android into a sophisticated running and cycling computer (and we work with your GPS watches and head units, too). Start Strava before an activity, and you can track your favorite performance stats and, afterward, dive deep into your data. You can upload your activities to Strava using any of the following methods.<br><br>**Record GPS-based activities with the Strava app for iOS or Android**<br>Athletes can download Strava on their iPhone or Android to record and sync their activities. If you're having trouble uploading an activity recorded with the Strava app, you can learn more about how to troubleshoot uploads for both here.<br><br>**Sync from Strava-Supported Smart Watches and Wearables**<br>iPhone: Apple Watch<br>Android: Android Wear, Motorola 360, Samsung Gear<br><br>("How to get your Activities to Strava \| Strava Help Center," *available at* https://support.strava.com/en-us/articles/15402066-how-to-get-your-activities-to-strava (last accessed August 2026 and incorporated by reference).)<br><br>Compatible devices include "GPS watches," which are designed to be worn around a user's wrist. (*Id.*) |

| Claim 1 | Strava |
|---|---|
| | Data from these devices is synced to the Strava server. ("How to get your Activities to Strava \| Strava Help Center," *available at* https://support.strava.com/en-us/articles/15402066-how-to-get-your-activities-to-strava (last accessed August 2026 and incorporated by reference).) |
| a processor programmed to receive positional data supplied by the tracking device through a communications link between the tracking device and a mobile communications device, and update the platform with the positional data during the runner's workout, | The Strava platform includes a processor programmed to receive positional data supplied by the tracking device through a communications link between the tracking device and a mobile communications device, and update the platform with the positional data during the runner's workout.<br><br>Strava enables users to transmit positional data from a tracking device (*e.g.*, a GPS watch) through a communications link (*e.g.*, a Bluetooth connection) between the tracking device and a mobile communications device (*e.g.*, a smartphone running the Strava App). |

<table>
<tr><th>Claim 1</th><th>Strava</th></tr>
<tr><td></td><td>



("How to Sync Apple Watch to Strava," available at https://www.youtube.com/watch?v=sTV9m4inJsQ (last accessed August 2026 and incorporated by reference).)

The processor is further configured to update the platform with the positional data during the runner's workout. As shown in the screenshot below, "depending on cell service," the location data updates "about every 15 seconds" from the smartphone during the runner's workout.
</td></tr>
</table>

| Claim 1 | Strava |
|---|---|
| | **How it works**<br>• Beacon generates a unique URL that you can share with your safety contacts via text message, allowing them to follow your activity in real-time.<br>• Depending on cell service, your location should update about every 15 seconds.<br>• Once Beacon is toggled ON, it will continue to remain ON but will prompt you to send a text message with every new recording.<br>• Even if Beacon is set to ON, your contacts will only receive your location if you send them the generated text message.<br>• The safety contacts you initially selected will continue to remain selected until you change them.<br>• You can choose to send a text message at any time during your recording by clicking on the Beacon icon and then sending another text message.<br><br>("Strava Beacon \| Strava Help Center," *available at* https://support.strava.com/en-us/articles/15401829-strava-beacon (last accessed August 2026 and incorporated by reference).) |
| said processor being configured to present the runner with an option to grant access to the positional data to another person so that the other person may log onto the | The Strava processor is configured to present the runner with an option to grant access to the positional data to another person so that the other person may log onto the platform and view the positional data of the runner as the runner is running.<br><br>For example, "You can use Strava Beacon when recording with the Strava mobile app to share your real-time location with your family and friends." ("Strava Beacon \| Strava Help Center," *available at* https://support.strava.com/en-us/articles/15401829-strava-beacon (last accessed August 2026 and incorporated by reference).) |

| Claim 1 | Strava |
| --- | --- |
| platform and view the positional data of the runner as the runner is running, | When the Strava Beacon is enabled, the user's "safety contacts" will be able to view the user's location in real time as the user is running.<br><br><br>(*Id.*) |
| said processor being configured to provide the other person with access to the positional data | The Strava processor is configured to provide the other person with access to the positional data as the positional data is being communicated to the platform.<br><br>Strava provides a dashboard through which live positional data as the positional data is being communicated to the platform is displayed. |

| Claim 1 | Strava |
|---|---|
| as the positional data is being communicated to the platform. | <br>(*See* "Strava made its Beacon a free feature, but there is a catch - Canadian Cycling Magazine," *available at* https://cyclingmagazine.ca/sections/news/strava-made-its-beacon-a-free-feature-but-there-is-a-catch/ (last accessed August 2026 and incorporated by reference).) |